SUPPLEMENTARY COST REDUCTIONS
LOA **84**

1 **SUPPLEMENTARY COST REDUCTIONS**                         **LETTER #84**

2

3

4                          **LETTER OF AGREEMENT**

5                                 **Between**

6                **US AIRWAYS GROUP INC, US AIRWAYS INC.**

7                                   **and**

8                        **THE AIRLINE PILOTS**

9                              **in the service of**

10                            **US AIRWAYS, INC.**

11                             **as represented by**

12        **THE AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

13    _____

14                  **SUPPLEMENTARY COST REDUCTIONS**

15    _____

16

17        THIS LETTER OF AGREEMENT is made and entered into in accordance with

18   Title II of the Railway Labor Act, as amended, by and between US Airways Group, Inc.

19   (hereinafter referred to as "US Airways Group), US Airways, Inc. (hereinafter referred to

20   as the "Company") and the Airline Pilots in the service of US Airways, Inc. as

21   represented by the Air Line Pilots Association (hereinafter referred to as "ALPA" or the

22   "Association").

EXHIBIT
B
tabbies

EXHIBIT
J-2A
PEMC#0.00-681-6589

L84-1

SUPPLEMENTARY COST REDUCTIONS
LOA 84

23    WHEREAS the Company and Association have studied the current situation of US

24    Airways and have concluded that additional cost reductions beyond those in the July 1,

25    2002 Restructuring Agreement ("Restructuring Agreement") are necessary to sustain the

26    airline through bankruptcy and to achieve ATSB approval for a loan guarantee and,

27    WHEREAS the parties have agreed to enter negotiations to develop a

28    comprehensive program of additional cost reductions including compensation,

29    productivity and benefit modifications in order to ensure US Airways' emergence from

30    bankruptcy and approval of an ATSB guaranteed loan.

31    NOW THEREFORE the parties mutually agree to amend the Restructuring

32    Agreement as specified in the following Attachments, contained below: A.) Revisions to

33    Restructuring Agreement, B.) Health and Welfare Benefit Changes and C.) Pension Plan

34    Changes.  Other than as specifically modified in these documents all terms and

35    conditions of the ALPA-US Airways Collective Bargaining Agreement effective January 1,

36    1998 as amended by the Restructuring Agreement (hereinafter referred to as the

37    "Agreement") shall remain in full force and effect.

38    It is recognized that the Restructuring Agreement and the Revisions to the

39    Restructuring Agreement (Attachments A,B, and C) are amendments to an existing pre-

40    bankruptcy petition collective bargaining agreement and do not alter existing priority of

41    payment rights in the Company's current bankruptcy proceeding, subject to the

42    provisions of the assumption paragraph of Attachment A.

43    This Letter of Agreement shall become effective under the terms and

SUPPLEMENTARY COST REDUCTIONS
LOA 84

44   conditions and on the date specified in Attachment A.
45
46        IN WITNESS WHEREOF, the parties hereto have signed this Letter of
47   Agreement this 13ᵗʰ day of December, 2002.
48
49   FOR THE AIR LINE PILOTS              FOR US AIRWAYS GROUP, INC.
50   ASSOCIATION, INTERNATIONAL
51
52
53
54   Duane E. Woerth, President           David N. Siegel
55                                        President and CEO
56
57                                        FOR US AIRWAYS, INC.
58
59
60      ris  eebe                         Jerrold A. Glass
61   MEC Chairman                         Sr. Vice President, Employee Relations
62
63
64                                        P. Douglas McKeen
65                                        Vice President, Labor Relations
66
67   WITNESS for the Air Line Pilots      WITNESS for US Airways, Inc.,
68   Association, International
69
70                                        Edward Bular
71   Kelly l son                          Vice President, Flight Operations
72   Negotiating Committee Chairman
73
74                                        Anthony J. Bralich, Jr.
75   Gerry McGuckin                       Managing Director, Labor Relations-Flight
76   Negotiating Committee
77
78                                        John H. McFall
79   Jeffrey L. Tokash                    Manager, Labor Relations-Flight
80   Negotiating committee
81
82
83   Phil Carey
84   Negotiating Committee
85
86
87   Donn Butkovic
88   Negotiating Committee

**Attachment A**

**Revisions to Restructuring Agreement**

EFFECTIVE DATE:          January 1, 2003

ASSUMPTION:              The ALPA Revisions to the Restructuring Agreement
                         as set forth in this Attachment A shall only continue in
                         effect if US Airways Group and the Company, as
                         Debtors in Possession, provide for the assumption of
                         the Agreement as modified by the Restructuring
                         Agreement and by this Attachment A in any plan of
                         reorganization proposed or supported by the Debtors
                         that provides for the reorganization of the Company
                         as a stand alone operating company.

HOURLY RATES OF PAY:     The actual hourly rates of pay to be paid to all pilots
                         under the Agreement will in each year be less than or
                         greater than the actual hourly rates of pay specified
                         under the Restructuring Agreement (*i.e.,* the actual
                         hourly rates **as** increased each May 1) by the
                         following percentage amounts.  These percentages
                         are not cumulative but are in each instance an
                         adjustment *of* the hourly rate of pay that would
                         otherwise have been paid under the Restructuring
                         Agreement in the applicable pay period.  Hence, in
                         each year there will be two actual hourly rates of pay
                         applicable to each position: the rate in effect from
                         January 1 through April 30 and the rate in effect from
                         May 1 through December 31.

| YEAR | PERCENTAGE CHANGE TO APPLICABLE RESTRUCTURING AGREEEMENT RATES OF PAY |
|---|---|
| 2003 | (8.0%) |
| 2004 | (6.5%) |
| 2005 | (5.0%) |
| 2006 | (0.0%) No reduction |
| 2007 | 2.0% |
| 2008 | 2.0% |
| 2009 & beyond | As per Restructuring Agreement |

PRODUCTIVITY:   The Company may implement the following Productivity Improvements contingent upon satisfaction of the Minimum Aircraft and Minimum Block Hours conditions specified below:

1. Modify Duty Rigs and VM:  Duty rig of 1:2.25 for day (0600 – 2159) and 12 for night (2200 – 0559); VM of 5 hour average with no floor and no ceiling

2. Vacation:

   a. Permit cancellation of vacation to prevent a pilot from becoming inactive

   b. Reduce daily pay and credit to 3:45 (for seven or more days) and 2:39 (for less than seven days)

3. Training:

   a. Permit pilots to move early to new bid to avoid inactive with pay

   b. Permit use of TDY or extend training hold until the next training class if a pilot is unable

2

to report for initial training and would become inactive with pay

c. Reduce 4:00 daily training pay to 2:50

d. Permit furloughed pilots if available, then disabled pilots to perform simulator training (same function as now performed by instructor pilots), in a number not to exceed 25% of the total number of Covered Pilots.

e. Build training lines to avoid bought trips

   i. The number of training lines that can be constructed for training purposes will be no more than 15% times the number of pilots requiring IOE in a given bid month, but not less than 18 lines (calculated at 25 hours per pilot requiring IOE).

   ii. Training lines will contain a mix of weekday and weekend duty periods

4. Claiming Sick Leave: A lineholder may claim sick leave to his line value for the month minus 5 hours unless the sick claim is for more than ½ of his line value, in which case he can claim up to his line value by use of his sick bank.   A reserve pilot's sick claim, when added to his previous and subsequent flying and other credited time for that month, may not exceed his monthly guarantee, i.e., a reserve cannot claim sick time that would result in pay exceeding the minimum monthly guarantee.

5. Pay actual time for split trips

6. Rescheduling:    Eliminate    Section    25(F)4 (eliminates the requirement to call out a reserve rather than reschedule a crew already on duty regardless of the time frame, i.e., eliminates the reserves available/90 minute rule but preserves all other rescheduling provisions including notification, pay and return to domicile requirements of Section 25(F) and the Section 25(F) grievance settlement)

7. Modify reserve system — Implementation scheduled for no later than June 2004.

    a. After the lines of time are awarded, the remaining pilots will bid and be awarded a reserve line.

    b. Reserve pilots may bid for days off

    c. Reserve pilots may bid up to **4** immovable days off

    d. Continue with two categories of reserves (percentages of each to be determined by the Company; "S" reserves may be used out-of-base in the same manner as in-base)

    e. The reserve pilot will have the choice to bid for either a short call line or a regular reserve line

    f. If bidding on a short call line, pilots may bid for specific PT's during the bidding process

    g. Future scheduling process for reserve pilots

        i. Trips will be awarded to the pilot with the least amount of credited monthly projected hours **(e.g.,** count vacation and/or training as projected hours). For purposes of determining credited monthly projected hours, daily sick pay shall be credited (but not to exceed the guarantee) upon completion of the bid month.

        ii. Pilots with more available days than the trip flies will not be passed over, but may not pass.

        iii. Pilots with fewer available days than the trip flies will not be passed over. A reserve pilot may split a trip for day(s) off, however, if there are no other pilots available to complete the trip, the Company may require a pilot to fly into his non-immovable **day(s)** off to complete the trip, and such **day(s)** off shall be restored. The Company may also require a pilot to split a trip for **day(s)** off. Notwithstanding the preceding sentence, the pilot, at his option, may fly into his **day(s)** off to complete a trip

124   and such day(s) shall not be restored. (blackout periods to be discussed)

126   iv. In the event that multiple trips are open at the
127   time of processing, the pilot must select a trip
128   which does not require a split if one is
129   available (the pilot may negate a split by flying
130   into a day(s) off)

131   v. Reserve pilots may not create a split if there
132   are trips available which do not require a split

133   8. Accept the concept to replace primary lines, SAP,
134   secondary lines, RTBS with a preferential bidding
135   system (algorithm). Implementation scheduled for
136   no later than June 2004.

137   a. Vendor must be mutually agreed upon

138   b. All algorithm parameters, constraints and
139   interface must be mutually agreed upon

140   c. Any future changes to the algorithm or system
141   user interface or parameters must be mutually
      agreed upon

143   d. ALPA and the Company will jointly approve all
144   implementation steps through a Joint
145   Implementation Review Committee (JIRC)

146   e. ALPA will be provided equal access to verify
147   system settings, constraints and parameters
148   (Within the Vendor's contractual
149   limitations/restrictions, provided that, if the
150   applicable contract does not permit ALPA to
151   acquire its own copy of the software, then
152   ALPA will be provided access to the
153   Company's copy adequate to enable ALPA to
154   verify the system settings, constraints and
155   parameters)

156   f. Bidding interface will be accessible to pilots
157   both inside and outside the Company's
158   network (home personal computer via internet)

159   g. Increase the lineholder negative bank to 20
160   hours. Once a pilot's negative bank exceeds
161   15 hours, the pilot must eliminate the entire

5

162
3
164
165

negative bank balance over the next 6 bid months.  If not eliminated in full, the Company will assign a trip(s) during the next 2 bid months to eliminate the balance.

166
167
168
169
170
171
172
173
174
175
176
177
178
179

h.  Line values must fall between 70 and 85 hours (if unable to bid a line worth 70 hours or greater, the pilot will be awarded 0 time) (Agree to include implementation in the JIRC and expedited arbitration under paragraph 1 ▌ with the understanding that any parameters will not result in short block claims or a guaranteed number of lines of flying).  The following statement will be on each published bid: "Based on the projected credited time for the month of X, the Company anticipates that **X** number of lines of flying will be available for monthly bid, absent unplanned or extenuating circumstances."

180
181
182
184

i.  Pilots awarded a line during the first run may participate in a second process which will allow the pilot to add additional time to increase the amount of time in their line (JIRC to discuss need for second run)

185
186
187

j.  Trip pairings will be published (on paper and electronically) no later than 5 days prior to the opening of the bidding period

188
189
190

9.  Accept the concept of an automated AIL. Implementation scheduled for no later than June 2004.

191
192

a.  All algorithm parameters, constraints and interface must be mutually agreed upon

193
194
195

b.  Any future changes to the algorithm or system user interface or parameters must be mutually agreed upon

196
197
198
199
200

c.  ALPA and the Company will jointly approve all implementation steps through the JIRC.  All unresolved joint approval issues shall be subject to the expedited arbitration process specified in paragraph 11 below.

d. ALPA will be provided equal access to verify system settings, constraints and parameters (Within the Vendor's contractual limitations/restrictions, provided that, if the applicable contract does not permit ALPA to acquire its own copy of the software, then ALPA will be provided access to the Company's copy adequate to enable ALPA to verify the system settings, constraints and parameters)

e. Bidding interface will be accessible to pilots both inside and outside the Company's network (home, personal computer via internet)

f. Must be an iterative algorithm similar to the current ISAP system

g. Automated AIL will run one day prior to trip departure

10. Accept the concept of modifications to the AIL. Implementation scheduled for no later than June 2004.

a. Pilots awarded trip pairings which include a Saturday or Sunday as a result of preferential bidding will be required to work on those weekend days (similar to holiday trip protection)

b. Pilots will have the option to use the automated AIL to trip improve on weekend days for trips worth more or less time

c. Pilots may use the automated AIL to pick up time on days off, trip improve or reduce time, but must protect trips which fly over Saturday and/or Sunday (may trip improve, but must fly to touch those days)

11. If the parties are unable to resolve any issues concerning the modified reserve system, preferential bid system, automation of the AIL and modification of the AIL prior to October 1, 2003, such unresolved issues will be submitted to an arbitrator for resolution on an expedited basis. If the inability to agree on issues causes a delay in

7

| | | |
|---|---|---|
| 241 242 243 244 | | implementation past June 2004, wage rates will be reduced proportionate to the value of the delayed productivity until the system is implemented. |
| 245 246 247 248 | JETS FOR JOBS RATES: | The Company may implement the following changes to rates of pay for MidAtlantic ("MDA") and for Jets for Jobs with Participating Wholly Owned Carriers and Participating Affiliates: |

249      1.      Non MDA Jets for Jobs rates of pay

250 251 252 253      a.      Captains paid in accordance with the applicable contract with longevity under that contract; no longevity credit for prior US Airways service

254 255      b.      First Officer rates pay top of scale under applicable contract

256      2.      MDA rates of pay for US Airways pilots

257 258 259 260      a.      Captains paid in accordance with MDA contract with longevity under that contract; no longevity credit for prior US Airways service

261 262      b.      First Officer rates pay top of scale under MDA contract

| | | |
|---|---|---|
| 263 264 265 266 267 268 269 270 271 272 273 274 | MINIMUM AIRCRAFT: | As a condition of implementing and maintaining any of the Productivity Improvements, the Minimum Active Fleet specified in Attachment E of the Restructuring Agreement shall be increased to 279 aircraft (excluding SJs but including permanent bid plus 8% for active spares) with daily utilization rate measured monthly of no less than 10 hours, whether or not the Company is in Chapter 11. The Minimum Active Fleet number may be reduced only *as* made necessary by a new force majeure event, which includes acts of terrorism with a material adverse impact on commercial aviation. |
| 275 276 277 278 | MINIMUM BLOCK HOURS: | As a condition of implementing and maintaining any of the Productivity Improvements, the Minimum Scheduled Block Hours specified in Attachment E to the Restructuring Agreement shall be increased to 936,900 (excluding SJs), whether or not the Company |

280
282
283
284
285
286
287
288
289
290
291
292
293

294
295
296
297
298
299
300
301
?
3̤ṳ̤
304
305
306
307
308
309
310
311
312
313
314
315
316
317
318
319
320
321
322
323
32̤ᴬ
3̤:

**FURLOUGH PROTECTION AS A RESULT OF PRODUCTIVITY IMPLEMENTATION:**

SJs:

is in Chapter 11.  The Minimum Scheduled Block Hours may be reduced only as made necessary by a new force majeure event, which include acts of terrorism with a material adverse impact on commercial aviation.

Productivity Improvements specified in this Letter of Agreement shall be implemented in conjunction with attrition and shall not cause any pilots to be furloughed or displaced to an SJ.  This paragraph shall not apply to the pilots already scheduled for furlough as a result of Permanent Bid 03 – 01.

The Company may operate MDA as a separate division within mainline – US Airways, Inc. with such operation limited to Large SJs.  Wages, benefits and work rules will match the AA Eagle pilots' agreement, (except that the following provisions of the Agreement, as amended by the Restructuring Agreement and this Letter of Agreement, will apply: Sections 1, 19, 20, 21, 25, and 29, and the Accelerated Arbitration of Selected Cases Letter of Agreement), beginning with the AA Eagle wage rates in effect on January 1, 2003.  In addition, there shall be subsequent 2% increases on January 1, 2004, January 1, 2005, January 1, 2006, January ▌2007, January 1, 2008 and 3% on May 1 of the succeeding status quo period (i.e., the period past the Agreement amendable date).  Medium and Small SJs to be placed at Participating Wholly Owned Carriers and Participating Affiliates and the 150% MDA ratio shall no longer apply.  A pilot may bid or be displaced to a Large SJ position subject to reasonable holds and freezes to be negotiated.  A pilot displaced to an SJ position at US Airways will receive accrued furlough pay to be offset by SJ earnings.  A pilot may accept voluntary furlough in lieu of displacement to a Large SJ position and will receive accrued furlough pay and a pilot on furlough may bypass recall to a Large SJ position; in either case, the pilot will then be offered recall when his seniority entitles him to a position on an aircraft larger than a Large SJ.  Company pilots and pilots of Participating Wholly Owned Carriers will continue to have the same flow up and flow down rights between US Airways and such Carriers as they

| | |
|---|---|
| 326 | do under the Restructuring Agreement with respect to MDA and US Airways.   **All** of the terms in this paragraph will be part of the Agreement and subject to the duration clause of the Agreement. |
| 328 | |
| 329 | |
| 330 | RETIREMENT PLAN: See Attached |
| 331 | HEALTH AND WELFARE: See Attached |

330 **RETIREMENT PLAN:**        See Attached

331 **HEALTH AND WELFARE:**        See Attached

332 **ENHANCED PROFIT SHARING:** Enhanced profit sharing returns in exchange for
333        participation in 200 million "Modified Restructuring
334        Program" as follows:

335

336        Any year in which pre-tax profits exceed 7%, 50% of
337        such profits in excess of 7% will be distributed to
338        participating employees.
339

340        - Capped at $100 million
341        - Program continues through status quo period
342        - 50% paid as lump sum payments
343        - 50% paid to defined benefit pension plan (or to
344          defined contribution pension plan where an
345          employee group has no defined benefit plan)
346          above any minimum contribution requirements,
347          but not in excess of maximum tax deductible
348          contributions, under **ERISA.**
349        - Pre-tax defined as excluding unusual items
350

351

352 **EQUITY PARTICIPATION:**        Per Restructuring Agreement, but accelerate the
353        vesting schedule as follows:

354        • 25% on the first day of the month that occurs at
355          least 60 days following emergence from
356          bankruptcy
357        • 25% on January **1** of the year following
358          emergence from bankruptcy
359        • 25% on January 1 of the second year following
360          emergence from bankruptcy
361        • 25% on January **1** of the third year following
362          emergence from bankruptcy
363

364 **WAIVER:**        Neither of the execution, delivery, performance or
365        implementation of the Investment Agreement (as the
366        same may be amended or modified and in effect from

367
369
370
371
372
373
374
375
376
377
378
379
380
381
382
383
384
385
386
387
388
389
3
39
392
393
394
395
396
397
398
399
00
01
02

03  **TAG ALONG RIGHTS**
04
05
06
07
08
09
10
11
1

time to time) or compliance with the provisions thereof, the exercise of any rights or powers by RSA or its assignees, transferees or successors-in-interest thereunder, nor the transfer or other disposition by RSA or its assignees, transferees or successors-in-interest of any or all of its equity interest in US Airways Group, other than a transfer to a company a principal business of which is to own or operate a commercial airline, shall constitute or be deemed to constitute a Change in Control (as defined in Section 1(D)2 of the Pilot Agreement) or an Acquisition Trigger Event (as defined in Letter 63 of the Pilot Agreement) and ALPA waives irrevocably on its behalf and on behalf of all pilots any of its rights, if any, that would otherwise be triggered in connection therewith (including, by way of example and not in limitation thereof, (i) a restoration of pilots' rates of pay to Book Rates as defined in the Restructuring Agreement, (ii) payment of any amount under the CARS security as specified in the Pilot Agreement as amended by Attachment L of the Restructuring Agreement, (iii) the right to extend the duration of the Pilot Agreement with increases to annual rates of pay as specified in Section 1.D.2 of the Pilot Agreement as amended by the Restructuring Agreement, and (iv) the right to serve a Section 6 notice under the Railway Labor Act as specified in Section I.D.I of the Pilot Agreement as amended by the Restructuring Agreement and in connection therewith waives any rights to claim, argue, grieve or sue for any compensation, consequence or remedy with respect thereto. The foregoing waiver does not apply to the vesting provisions with respect to ALPA Stock under the Restructuring Agreement upon a change of control occurring subsequent to the Closing Date under the Investment Agreement.

In the event that RSA sells, assigns, transfers or otherwise disposes of more than 20% (determined based on the holdings of RSA on the closing date under the Investment Agreement) of its shares of US Airways Group (other than a public sale of such shares through a public securities market in which case ALPA shall be granted piggy back rights in large scale registered offerings), the holders of the ALPA Stock and the beneficiaries of any trust holding the ALPA Stock shall have been afforded the opportunity

| Line | | Content |
|------|---|---------|
| 413 | | to join pro rata (based on the percentage of vested |
| 414 | | securities then held by a selling party relative to all |
| 415 | | outstanding vested securities of **US** Airways Group) in |
| 416 | | such sale on the same terms and conditions as RSA. |
| 417 | | Reciprocal tag along rights will be provided to RSA in |
| 418 | | the event that the holders of the ALPA· Stock or the |
| 419 | | beneficiaries of any trust holding the ALPA Stock sell, |
| 420 | | assign, transfer or otherwise dispose of more than |
| 421 | | 20% of the holdings of ALPA Stock (determined |
| 422 | | based upon the total amount of ALPA Stock granted |
| 423 | | under the terms of Attachments G and H of the |
| 424 | | Restructuring Agreement).  The foregoing Tag Along |
| 425 | | rights with respect to RSA and the ALPA Stock shall |
| 426 | | expire on the earlier of: **(1)** the fifth anniversary of the |
| 427 | | closing date, (2) such time as RSA no longer has a |
| 428 | | right to designate a majority of the Board of Directors |
| 429 | | of US Airways Group and **(3)** a sale of **US** Airways |
| 430 | | Group (but tag along rights shall apply to such sale). |
| 431 | | |
| 432 | WAR CONTINGENCY | In the event that (a) the U.S. invades Iraq (meaning |
| 433 | | that the U.S. initiates a sustained aerial bombardment |
| 434 | | of those parts of Iraq that are not within the current no |
| 435 | | fly zone or introduces substantial numbers of ground |
| 436 | | troops into the territory of Iraq), or **(b)** there is an act |
| 437 | | of terrorism which in either event has a material |
| 438 | | adverse impact on commercial aviation, there will be |
| 439 | | an immediate 5% pay deferral for **up** to **18** months. |
| 440 | | The deferral will begin to be repaid starting in the first |
| 441 | | month following the end of the deferral and will |
| 442 | | continue to be repaid in as many monthly installments |
| 443 | | as were covered by the deferral.  In the event that US |
| 444 | | Airways Group reports a pretax profit with respect to |
| 445 | | any quarter during which the pay deferral is in effect, |
| 446 | | the deferral will immediately stop and repayment will |
| 447 | | begin in the next month to continue for the same |
| 448 | | number of months as were included in the deferral. |
| 449 | ALPA FEES AND EXPENSES: | In addition to the unpaid fees and expenses and flight |
| 450 | | pay loss specified under the Restructuring |
| 451 | | Agreement, the Company and US Airways Group |
| 452 | | shall pay reasonable and necessary ALPA fees and |
| 453 | | expenses incurred through December 13, **2002** in |
| 454 | | connection with the negotiation of  this Letter of |
| 455 | | Agreement, up to a maximum of $TBD. |

4
4
458

RATIFICATION:            This Letter of Agreement must be approved by **US** Airways Group, the Company and the **MEC** on behalf of the membership no later than December 13, 2002.

# US AIRWAYS

## Health & Welfare Benefit Changes

## ALPA (Pilots)

## December 11, 2002

# Health & Welfare Benefit Changes

## **Medical/Dental Plan**

- **Plan design**
  - ➤ Eliminate cross application of in-and out-of-network expenses toward satisfaction of deductibles and out-of-pocket maximums
  - ➤ Reduce out-of-network claim reimbursement level from 90% to 80% R&C
  - ➤ Increase brand non-formulary prescription drug copay from $30 to $35 for retail ($70 for mail order)

- **Copays, deductibles, OOP maximums**
  - ➤ Fixed dollar amounts for 2003 - 2005
  - ➤ Updated amounts in 2006 based on current 2006 projected amount (Attachment A)
  - ➤ 2006 amounts fixed through 2008

- **Eligibility**
  - ➤ No change to retiree medical or dental eligibility

- **Employee Contributions**
  - ➤ Fixed dollar contributions through the end of the contract (Attachment B)
  - ➤ Premium equivalents reflect updated cost basis, trend and plan design
    - separate premium equivalents for Active, Pre-65 retirees, and Post-65 retirees
  - ➤ Company subsidy of PPO Option 1 - 80/60 plan with full buy up to richer plans
    - 80/60: 15% of expected cost
    - 90/70: 80/60 plan contribution plus full buy-up to 90/70 plan
    - 100/80: 80/60 plan contribution plus full buy-up to 100/80 plan

1

# Health & Welfare Benefit Changes

■ Pre-65 retiree life insurance

| Employee Group | Current | New |
|---|---|---|
| Basic Life | Employer Paid - Flat amount based on annual retirement income; range ($15,000 – $140,000) | Eliminate benefit for current and future retirees |
| Dependent Life | Employer Paid - Amount in effect at retirement continues | Eliminate benefit for current and future retirees |
| Optional Life | Retiree may continue amount in effect until age 65 provided contribution payments are made | Eliminate benefit for current and future retirees |

■ Post-65 retiree death benefit

| Current | New |
|---|---|
| Uninsured death benefit equal to 25% of basic life benefit amount in effect just prior to age 65 (minimum $10,000; maximum $37,500) | Eliminate benefit for all post-65 retirees |

**Note:** US Airways will provide indemnification to ALPA as well as apply the System Board of Adjustment procedures for the elimination of Pre-65 retiree life insurance and Post-65 retiree death benefits.

2

# Health & Welfare Benefit Changes

## Long-Term Disability

| | Current | New |
|---|---|---|
| Contributions | Employer Paid | Employer Paid |
| Benefit Percentage | 50% for the first 48 months | 50% for the first 48 months |
| Monthly Maximum Benefit | Not specified | $7,500 |
| | After exhaustion of other company benefits (i.e., sick pay, vacation) | 6 months – no elimination period for reoccurrence of same disability within 90 days of returning to work |
| Definition of Disability | Own occupation or inability to pass FAA physical examination | Own occupation or inability to pass FAA physical examination |
| Offsets | None | Offsets as per Attachment C |
| | To age 60 for disability recipients and to age 65 for recipients of pension differential benefit | To normal retirement age (currently age 60) |
| Claims Appeals | Retirement Review Board | Retirement Review Board |

Note:

1) New plan applies to future claimants. Detailed plan design as per Attachment C.

2) Current claimants maintain current plan

## Loss of License

■ Eliminate benefit

# Health & Welfare Benefit Changes

## Workers Compensation

| | Current | New |
|---|---|---|
| Employer paid salary continuance/OI1 banks | Earns OI1 days similar to sick days. Company pays employee full monthly salary, until OI1 bank is depleted<br><br>(Company retains W/C statutory check) | Discontinue OI1 bank<br><br>Receive Statutory Benefit |
| Sick Bank Usage to Supplement W/C payment | Employee can use sick bank once OI1 is depleted | May use sick bank up to line value minus 5 hours, unless claim is in excess of half of line value, in which case, may claim up to line value. |

Note:

1) New plan for future W/C claimants only.

xhibit A

## US Airways
## Copays, Deductibles & OOP Maximums

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| **Deductible (single/family)** | | | | | | |
| **80/60 PPO Plan** | | | | | | |
| In-network | $300 / $600 | $300 / $600 | $300 / $600 | $450 / $900 | $450 / $900 | $450 / $900 |
| Out-of-network | $600 / $1,200 | $600 / $1,200 | $600 / $1,200 | $900 / $1,800 | $900 / $1,800 | $900 / $1,800 |
| **90/70 PPO Plan** | | | | | | |
| In-network | $150 / $300 | $150 / $300 | $150 / $300 | $225 / $450 | $225 / $450 | $225 / $450 |
| Out-of-network | $300 / $600 | $300 / $600 | $300 / $600 | $450 / $900 | $450 / $900 | $450 / $900 |
| **100/800 PPO Plan** | | | | | | |
| In-network | $150 / $300 | $150 / $300 | $150 / $300 | $225 / $450 | $225 / $450 | $225 / $450 |
| Out-of-network | $300 / $600 | $300 / $600 | $300 / $600 | $450 / $900 | $450 / $900 | $450 / $900 |
| **OOP Maximum (single/family)** | | | | | | |
| **80/60 PPO Plan** | | | | | | |
| In-network | $2,000 / $4,000 | $2,000 / $4,000 | $2,000 / $4,000 | $3,000 / $6,000 | $3,000 / $6,000 | $3,000 / $6,000 |
| Out-of-network | $4,000 / $8,000 | $4,000 / $8,000 | $4,000 / $8,000 | $6,000 / $12,000 | $6,000 / $12,000 | $6,000 / $12,000 |
| **90/70 PPO Plan** | | | | | | |
| In-network | $1,000 / $2,000 | $1,000 / $2,000 | $1,000 / $2,000 | $1,500 / $3,000 | $1,500 / $3,000 | $1,500 / $3,000 |
| Out-of-network | $2,000 / $4,000 | $2,000 / $4,000 | $2,000 / $4,000 | $3,000 / $6,000 | $3,000 / $6,000 | $3,000 / $6,000 |
| **100/800 PPO Plan** | | | | | | |
| In-network | N/A | N/A | N/A | N/A | N/A | N/A |
| Out-of-network | $2,000 / $4,000 | $2,000 / $4,000 | $2,000 / $4,000 | $3,000 / $6,000 | $3,000 / $6,000 | $3,000 / $6,000 |
| **Office Copays** | | | | | | |
| Primary Care Physician | $15 | $15 | $15 | $25 | $25 | $25 |
| Specialist | $25 | $25 | $25 | $40 | $40 | $40 |
| **Prescription Drug Copay** | | | | | | |
| **Retail** | | | | | | |
| Generic | $10 | $10 | $10 | $15 | $15 | $15 |
| Formulary Brand | $20 | $20 | $20 | $30 | $30 | $30 |
| Nonformulary Brand | $35 | $35 | $35 | $50 | $50 | $50 |
| **Mail Order** | | | | | | |
| Generic | $20 | $20 | $20 | $30 | $30 | $30 |
| Formulary Brand | $40 | $40 | $40 | $60 | $60 | $60 |
| Nonformulary Brand | $70 | $70 | $70 | $100 | $100 | $100 |

Attachment B-1

**US Airways**
**Eligible Actives & Inactives – Full Time – ALPA**

| | Trend | PPO 80/60 - Flat 15.0% | | | | PPO 90/70 - Flat 21.7% | | | | PPO 100/80 - Flat 26.6% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Ee | Ee + Sp | Ee + Ch | Ee + Fam | Ee | Ee + Sp | Ee + Ch | Ee + Fam | Ee | Ee + Sp | Ee + Ch | Ee + Fam |
| **2003** | | | | | | | | | | | | | |
| Contribution Base | | 230.06 | 460.12 | 437.59 | 760.15 | 249.03 | 498.07 | 473.16 | 823.00 | 265.64 | 530.09 | 504.00 | 876.36 |
| Employee Contribution | | 35.00 | 69.00 | 66.00 | 114.00 | 54.00 | 108.00 | 103.00 | 178.00 | 71.00 | 141.00 | 134.00 | 233.00 |
| **2004** | 15% | | | | | | | | | | | | |
| Contribution Base | | 264.57 | 529.14 | 503.23 | 874.17 | 286.39 | 572.78 | 544.14 | 946.45 | 305.48 | 609.60 | 579.60 | 1,007.81 |
| Employee Contribution | | 40.00 | 79.00 | 75.00 | 131.00 | 62.00 | 124.00 | 118.00 | 205.00 | 81.00 | 162.00 | 154.00 | 268.00 |
| **2005** | 15% | | | | | | | | | | | | |
| Contribution Base | | 304.26 | 608.51 | 578.71 | 1,005.30 | 329.35 | 658.70 | 625.76 | 1,088.42 | 351.30 | 701.04 | 666.54 | 1,158.98 |
| Employee Contribution | | 46.00 | 91.00 | 87.00 | 151.00 | 71.00 | 143.00 | 136.00 | 236.00 | 93.00 | 186.00 | 177.00 | 308.00 |
| **2006** | 14% | | | | | | | | | | | | |
| Contribution Base | | 337.73 | 675.45 | 642.37 | 1,115.88 | 365.58 | 731.16 | 694.59 | 1,208.15 | 389.94 | 778.15 | 739.86 | 1,286.47 |
| Employee Contribution | | 51.00 | 101.00 | 96.00 | 167.00 | 79.00 | 158.00 | 151.00 | 262.00 | 104.00 | 207.00 | 197.00 | 342.00 |
| **2007** | 13% | | | | | | | | | | | | |
| Contribution Base | | 381.63 | 763.26 | 725.88 | 1,260.94 | 413.11 | 826.21 | 784.89 | 1,365.21 | 440.63 | 879.31 | 836.04 | 1,453.71 |
| Employee Contribution | | 57.00 | 114.00 | 109.00 | 189.00 | 90.00 | 179.00 | 170.00 | 296.00 | 117.00 | 234.00 | 222.00 | 386.00 |
| **2008** | 12% | | | | | | | | | | | | |
| Contribution Base | | 427.43 | 854.85 | 812.99 | 1,412.25 | 462.68 | 925.36 | 879.08 | 1,529.04 | 493.51 | 984.83 | 936.36 | 1,628.16 |
| Employee Contribution | | 64.00 | 128.00 | 122.00 | 212.00 | 100.00 | 201.00 | 191.00 | 331.00 | 131.00 | 262.00 | 249.00 | 433.00 |

*Attachment B-2*

**US Airways**
**Eligible Pre-65 Retirees- Full Time- ALPA**

December 10, 2002

| | Trend | PPO 80/60 - Flat 15.0% | | | | PPO 90/70 - Flat 21.6% | | | | PPO 100/80 - Flat 26.4% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Ee | Ee + Sp | Ee+ Ch | Ee + Fam | Ee | Ee + Sp | Ee+ Ch | Ee + Fam | Ee | Ee + Sp | Ee+ Ch | Ee + Fam |
| **2003** | | | | | | | | | | | | | |
| Contribution Base | | 419.82 | 839.64 | 798.46 | 1387.58 | 455.28 | 909.42 | 864.81 | 1503.12 | 485.03 | 970.05 | 920.86 | 1601.50 |
| Employee Contribution | | 63.00 | 126.00 | 120.00 | 208.00 | 98.00 | 197.00 | 187.00 | 325.00 | 128.00 | 256.00 | 243.00 | 423.00 |
| **2004** | 19% | | | | | | | | | | | | |
| Contribution Base | | 482.79 | 965.59 | 918.23 | 1,595.72 | 523.58 | 1,045.84 | 994.53 | 1,728.59 | 557.78 | 1,115.56 | 1,058.99 | 1,841.72 |
| Employee Contribution | | 72.00 | 145.00 | 138.00 | 239.00 | 113.00 | 226.00 | 215.00 | 374.00 | 147.00 | 295.00 | 280.00 | 487.00 |
| **2005** | 19% | | | | | | | | | | | | |
| Contribution Base | | 555.21 | 1,110.43 | 1,055.96 | 1,835.08 | 602.12 | 1,202.72 | 1,143.71 | 1,987.88 | 641.45 | 1,282.89 | 1,217.84 | 2,117.98 |
| Employee Contribution | | 83.00 | 167.00 | 158.00 | 275.00 | 130.00 | 260.00 | 247.00 | 430.00 | 170.00 | 339.00 | 322.00 | 560.00 |
| **2006** | 18% | | | | | | | | | | | | |
| Contribution Base | | 616.28 | 1,232.58 | 1,172.12 | 2,036.94 | 688.35 | 1,335.02 | 1,269.52 | 2,206.55 | 712.01 | 1,424.01 | 1,351.80 | 2,350.96 |
| Employee Contribution | | 92.00 | 185.00 | 176.00 | 306.00 | 145.00 | 289.00 | 275.00 | 477.00 | 188.00 | 376.00 | 357.00 | 621.00 |
| **2007** | 17% | | | | | | | | | | | | |
| Contribution Base | | 696.40 | 1,392.82 | 1,324.50 | 2,301.74 | 755.24 | 1,508.57 | 1,434.56 | 2,483.40 | 804.57 | 1,609.13 | 1,527.53 | 2,656.56 |
| Employee Contribution | | 104.00 | 209.00 | 199.00 | 345.00 | 163.00 | 326.00 | 310.00 | 539.00 | 213.00 | 425.00 | 404.00 | 702.00 |
| **2008** | 16% | | | | | | | | | | | | |
| Contribution Base | | 779.97 | 1,559.96 | 1,483.44 | 2,577.95 | 845.87 | 1,689.60 | 1,605.71 | 2,792.61 | 901.12 | 1,802.23 | 1,710.83 | 2,975.37 |
| Employee Contribution | | 117.00 | 234.00 | 223.00 | 387.00 | 183.00 | 365.00 | 347.00 | 604.00 | 238.00 | 476.00 | 452.00 | 786.00 |

Attachment B-3

**US Airways**
**Eligible Post-65 Retirees- Full Time- ALPA**

December 10, 2002

| | Trend | 80% Indemnity Contribution = flat 15.0% | | 90% Indemnity Contribution = flat 23.5% | | 100% Indemnity Contribution = flat 36.7% | |
|---|---|---|---|---|---|---|---|
| | | Ee | Ee + Fam | Ee | Ee + Fam | Ee | Ee + Fam |
| **2003** | | | | | | | |
| Contribution Base | | 181.55 | 363.09 | 202.00 | 404.00 | 244.00 | 488.00 |
| Employee Contribution | | 27.00 | 54.00 | 47.00 | 95.00 | 89.00 | 179.00 |
| **2004** | 19% | | | | | | |
| Contribution Base | | 216.04 | 432.08 | 240.38 | 480.76 | 290.36 | 580.72 |
| Employee Contribution | | 32.00 | 65.00 | 56.00 | 113.00 | 106.00 | 213.00 |
| **2005** | 19% | | | | | | |
| Contribution Base | | 257.09 | 514.18 | 286.05 | 572.10 | 345.53 | 691.06 |
| Employee Contribution | | 39.00 | 77.00 | 67.00 | 134.00 | 127.00 | 253.00 |
| **2006** | 18% | | | | | | |
| Contribution Base | | 295.65 | 591.31 | 328.96 | 657.92 | 397.36 | 794.72 |
| Employee Contribution | | 44.00 | 89.00 | 77.00 | 155.00 | 146.00 | 291.00 |
| **2007** | 17% | | | | | | |
| Contribution Base | | 345.91 | 691.83 | 384.88 | 769.77 | 464.91 | 929.82 |
| Employee Contribution | | 52.00 | 104.00 | 90.00 | 181.00 | 170.00 | 341.00 |
| **2008** | 16% | | | | | | |
| Contribution Base | | 401.26 | 802.52 | 446.46 | 892.93 | 539.30 | 1,078.59 |
| Employee Contribution | | 60.00 | 120.00 | 105.00 | 210.00 | 198.00 | 395.00 |

Attachment B-4

US Airways
Split Families--Eligible Retirees--Full Time-- ALPA

### 80% Plan

| Year | Single Coverage 2nd 65+ | Single Coverage 2nd <65 | E+S Coverage Ret 65+ | E+S Coverage 2nd <65 | E+C Coverage Ret 65+ | E+C Coverage 2nd <65 | Family Coverage Ret 65+ | Family Coverage Ret 65+ 2nd <65 | Family Coverage Ret <65 Spa <65 | Family Coverage Ret <65 Spa 65+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 27.00 | 43.00 | 70.00 | 70.00 | 70.00 | 82.00 | 109.00 | 97.00 | 143.00 | 109.00 |
| 2004 | 32.00 | 50.00 | 82.00 | 82.00 | 82.00 | 84.00 | 128.00 | 115.00 | 164.00 | 125.00 |
| 2005 | 39.00 | 57.00 | 96.00 | 96.00 | 96.00 | 109.00 | 148.00 | 134.00 | 188.00 | 148.00 |
| 2006 | 44.00 | 63.00 | 107.00 | 107.00 | 107.00 | 120.00 | 164.00 | 152.00 | 209.00 | 164.00 |
| 2007 | 52.00 | 72.00 | 124.00 | 124.00 | 124.00 | 136.00 | 103.00 | 178.00 | 236.00 | 188.00 |
| 2008 | 50.00 | 80.00 | 140.00 | 140.00 | 140.00 | 152.00 | 212.00 | 200.00 | 265.00 | 212.00 |

### 90% Plan

| Year | Single Coverage 2nd 65+ | Single Coverage 2nd <65 | E+S Coverage Ret 65+ | E+S Coverage 2nd <65 | E+C Coverage Ret 65+ | E+C Coverage 2nd <65 | Family Coverage Ret 65+ | Family Coverage Ret 65+ 2nd <65 | Family Coverage Ret <65 Spa <65 | Family Coverage Ret <65 Spa 65+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 47.00 | 67.00 | 114.00 | 114.00 | 114.00 | 127.00 | 174.00 | 162.00 | 220.00 | 174.00 |
| 2004 | 56.00 | 77.00 | 133.00 | 133.00 | 133.00 | 146.00 | 202.00 | 190.00 | 254.00 | 202.00 |
| 2005 | 67.00 | 88.00 | 155.00 | 155.00 | 155.00 | 168.00 | 235.00 | 222.00 | 292.00 | 235.00 |
| 2006 | 77.00 | 98.00 | 175.00 | 175.00 | 175.00 | 186.00 | 263.00 | 253.00 | 324.00 | 263.00 |
| 2007 | 90.00 | 111.00 | 201.00 | 201.00 | 201.00 | 210.00 | 300.00 | 292.00 | 368.00 | 300.00 |
| 2008 | 105.00 | 124.00 | 229.00 | 229.00 | 229.00 | 236.00 | 341.00 | 334.00 | 410.00 | 341.00 |

### 100% Plan

| Year | Single Coverage 2nd 65+ | Single Coverage 2nd <65 | E+S Coverage Ret 65+ | E+S Coverage 2nd <65 | E+C Coverage Ret 65+ | E+C Coverage 2nd <65 | Family Coverage Ret 65+ | Family Coverage Ret 65+ 2nd <65 | Family Coverage Ret <65 Spa <65 | Family Coverage Ret <65 Spa 65+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 83.00 | 87.00 | 176.00 | 176.00 | 176.00 | 166.00 | 255.00 | 266.00 | 209.00 | 255.00 |
| 2004 | 106.00 | 101.00 | 207.00 | 207.00 | 207.00 | 191.00 | 287.00 | 314.00 | 332.00 | 287.00 |
| 2005 | 127.00 | 116.00 | 243.00 | 243.00 | 243.00 | 219.00 | 346.00 | 369.00 | 382.00 | 346.00 |
| 2006 | 146.00 | 128.00 | 274.00 | 274.00 | 274.00 | 244.00 | 390.00 | 419.00 | 424.00 | 390.00 |
| 2007 | 170.00 | 146.00 | 315.00 | 315.00 | 315.00 | 275.00 | 445.00 | 488.00 | 479.00 | 445.00 |
| 2008 | 198.00 | 163.00 | 361.00 | 361.00 | 361.00 | 309.00 | 506.00 | 558.00 | 536.00 | 506.00 |

December 10,2002

## US Airways
## Managed Dental Plan- ALPA

Attachment B-5

| | Trend | Eligible Full-time Actives, Inactives & Pre-65 Retirees Flat 15.0% Employee Contribution | | | | Eligible Post-65 Retirees 100% Contribution | |
|---|---|---|---|---|---|---|---|
| | | Ee | Ee + Sp | Ee+ Ch | Ee + Fam | Ee | Ee + Sp |
| **2003** | | | | | | | |
| Contribution Base | | 26.00 | 52.00 | 49.00 | 86.00 | 26.00 | 52.00 |
| Employee Contribution | | 3.90 | 7.80 | 7.40 | 12.90 | 26.00 | 52.00 |
| **2004** | | | | | | | |
| Contribution Base | 6% | 28.00 | 55.00 | 52.00 | 91.00 | 28.00 | 55.00 |
| Employee Contribution | | 4.20 | 8.30 | 7.80 | 13.70 | 28.00 | 55.00 |
| **2005** | | | | | | | |
| Contribution Base | 6% | 30.00 | 58.00 | 55.00 | 96.00 | 30.00 | 58.00 |
| Employee Contribution | | 4.50 | 8.70 | 8.30 | 14.40 | 30.00 | 58.00 |
| **2006** | | | | | | | |
| Contribution Base | 6% | 32.00 | 61.00 | 58.00 | 102.00 | 32.00 | 61.00 |
| Employee Contribution | | 4.80 | 9.20 | 8.70 | 15.30 | 32.00 | 61.00 |
| **2007** | | | | | | | |
| Contribution Base | 6% | 34.00 | 65.00 | 61.00 | 108.00 | 34.00 | 65.00 |
| Employee Contribution | | 5.10 | 9.80 | 9.20 | 16.20 | 34.00 | 65.00 |
| **2008** | | | | | | | |
| Contribution Base | 6% | 36.00 | 69.00 | 65.00 | 114.00 | 36.00 | 69.00 |
| Employee Contribution | | 5.40 | 10.40 | 9.80 | 17.10 | 36.00 | 69.00 |

December 10, 2002

Attachment B-6

## US Airways
### Managed Dental Plan- Split Family Rates–ALPA

|  | Eligible Full-Time | | | | | | | | | | Eligible Part-Time | | | | | | | | | | |
|  | Single Coverage | | E+S Coverage | | E+C Coverage | | Family Coverage | | | | Single Coverage | | E+S Coverage | | E+C Coverage | | Family Coverage | | | |
| Year | Ret 65+ | Ret <65 | Ret 65+ | Ret <65 | Ret 65+ | Ret <65 | Ret 65+ Sps <65 | Ret 65+ Sps 65+ | Ret <65 Sps <65 | Ret <65 Sps 65+ | pet 65+ | Ret <65 | Ret 65+ | Ret <65 | pet 65+ | Ret <65 | Ret 65+ Sps <65 | Ret 65+ Sps 65+ | Ret <65 Sps <65 | Ret <65 Sps 65+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | 26.00 | 3.90 | 29.90 | 29.90 | 29.90 | 7.40 | 33.40 | 55.90 | 12.50 | 33.40 | 26.00 | 7.80 | 33.80 | 33.80 | 33.80 | 14.80 | 40.80 | 59.80 | 25.80 | 40.80 |
| 2004 | 28.00 | 4.20 | 32.20 | 32.20 | 32.20 | 7.80 | 35.80 | 60.20 | 13.70 | 35.80 | 28.00 | 8.40 | 35.40 | 36.40 | 35.40 | 15.60 | 43.60 | 64.40 | 27.40 | 43.60 |
| 2005 | 30.00 | 4.50 | 34.50 | 34.50 | 34.50 | 8.30 | 38.30 | 64.50 | 14.40 | 38.30 | 30.00 | 9.00 | 39.00 | 39.00 | 39.00 | 16.60 | 46.60 | 69.00 | 28.80 | 46.60 |
| 2006 | 32.00 | 4.80 | 36.80 | 36.80 | 36.80 | 8.70 | 40.70 | 68.80 | 15.30 | 40.70 | 32.00 | 9.60 | 41.60 | 41.60 | 41.60 | 17.40 | 49.40 | 73.60 | 30.60 | 49.40 |
| 2007 | 34.00 | 5.10 | 39.10 | 39.10 | 39.10 | 9.20 | 43.20 | 73.10 | 16.20 | 43.20 | 34.00 | 10.20 | 44.20 | 44.20 | 44.20 | 18.40 | 52.40 | 78.20 | 32.40 | 52.40 |
| 2008 | 36.00 | 5.40 | 41.40 | 41.40 | 41.40 | 9.80 | 45.80 | 77.40 | 17.10 | 45.80 | 36.00 | 10.80 | 46.80 | 46.80 | 46.80 | 19.60 | 55.60 | 82.80 | 34.20 | 55.60 |

December 10.2002



**U·S AIRWAYS**

January 8, 2003

Captain Chris Beebe
MEC Chairman
Air Line Pilots Association
One Thorn Run Center
Coraopolis, PA 15108

Dear Captain Beebe:

This will confirm that the Company agrees to indemnify the Association from any and all liability, loss, damages, fines, penalties, excise taxes and costs, including expenses and reasonable attorneys' fees, which the Association sustains arising out of or in connection with the Company's elimination of the pre-65 retiree life insurance and post-65 retiree death benefit.

The Association agrees that it will not settle a matter covered by this indemnity at the Company's cost without the Company's approval, and that the Association will provide assistance as reasonably required or requested by the Company in any matter for which such indemnity is being provided.

In addition, if a retired employee who retired prior to the elimination of the pre-65 retiree life insurance and post-65 retiree death benefit disputes the elimination of these benefits, the retired employee may refer the matter to the System Board of Adjustment in accordance with Section 21 of the Pilots Agreement.

Sincerely,

*A. J. Bralich Jr.*

Anthony J. Bralich Jr.
Managing Director, **Labor** Relations - Flight

**AGREED:**

_C. Tullock_          _1/8/03_
Captain ~~Chris Beebe~~       Date
MEC Chairman

*William D. Tullock*

## Pilot Pension Plan Changes

- The Pension credit shall be reduced prospectively to a 1.8% accrual formula for the first 25 years and 1% accrual for the next 5 years (26 – 30) with a cap of 50% (accruals above 50% as of 12/31/02 to be grandfathered)

- Eliminate lump sum and subsidized joint and survivor payment options on future accruals

- Eliminate Service Credit while on furlough prospectively, i.e., applies to Service Credit for pilots who have been furloughed on or after October 15, 2001 (including pilots hired prior to 1/1/98) for the period of January ▌2003 and beyond.

- Annual cash contributions shall not exceed contributions as determined by the PBGC under a Restoration Funding Program except for contributions made under the Enhanced Profit Sharing Program

Note:  Any pension modifications required by the PBGC that would require an amendment to the Supplementary Cost Reductions Letter of Agreement shall be subject to MEC ratification on behalf of the membership

| US Airways Pilot Long Term Disability Plan – Effective 1/1/03 | |
|---|---|
| **Provisions** | |
| ▪ Eligibility | |
| — Employee status | Full-time active pilots (excluding furloughed pilots) |
| — Effective date of coverage | Date of hire |
| — Pre-existing condition limitations | 3/12 (conditions treated within the 3 months prior to eligibility for disability benefits are not covered within the first 12 months of eligibility for disability benefits) |
| ▪ Elimination period | 6 months (except for reoccurrence of the same disability within 90 days of returning to work) |
| ▪ Definition of disability | The inability of a participant to perform the duties of his/her own occupation because of a medical condition such as illness, injury or pregnancy or inability to pass the FAA physical examination as determined by a physician. |
| ▪ Benefit Schedule | ▪ 50% of average monthly salary for first 48 months<br>▪ If permanently and totally disabled after 48 months – 50% benefit continues<br>▪ If not permanently and totally disabled after 48, the benefits as follows:<br>— Age 40+ or 10 or more year of service: 50% benefit<br>— Age 39 or 9 years of service: 48% benefit<br>— Age 38 or 8 years of service: 46% benefit<br>— Age 37 or 7 years of service: 44% benefit<br>— Age 36 or 6 years of service: 42% benefit<br>— Less than Age 36 or less than 6 years of service: 40% benefit<br>▪ Monthly maximum of $7,500<br>▪ No COLA<br>▪ Seat change procedure as per current LTD plan |
| — Covered compensation | Benefit eligible earnings as defined by **US** Airways |
| ▪ Medical treatment | Failure to adhere to any conditions below may result in the termination of disability benefit payments |
| — Provider qualifications | A treating provider must have the following qualifications:<br>— Licensed to practice medicine, to prescribe and administer drugs, and to treat patients and perform surgery, or<br>— Licensed practitioner of the healing arts<br>Provider must also practice within the scope of his/her license.<br>Claimant must be under the care of a provider whose specialty or experience is appropriate for treatment of the disabling condition(s) |
| — Refusal of treatment | Claimants must accept appropriate treatment or advice based on medical necessity. |

| US Airways Pilot Long Term Disability Plan – Effective 1/1/03 | |
|---|---|
| —— Compliance with treatment | The claimant must comply with the provider's recommended treatment.  Adherence may include keeping appointments with providers, taking medications as prescribed or following recommended diet and exercise programs.<br>Claimant must comply with only reasonable non-invasive procedures. |
| —— Medical evaluations | Claimant may be requested to undergo an independent medical evaluation, including an assessment by a psychiatrist or psychologist |
| ■  Exclusions and limitations | —— Disability benefits are not paid for conditions not covered under the US Airways medical plan<br>—— Elective cosmetic surgery<br>—— Intentionally self-inflicted injuries<br>—— Injuries or illnesses associated with the participation in a felony or while incarcerated<br>—— Injuries or illnesses associated with war or act of war (whether declared or not) or participation in a riot<br>—— Non-verifiable symptoms that cannot be substantiated by tests, procedures or clinical examinations typically accepted in the practice of medicine |
| ■  Offsets | —— SSDI<br>—— Earnings from other employment that exceed 50% of pre disability earnings<br>—— Pension benefits<br>—— State disability benefits<br>—— Severance pay<br>—— Disability benefits, denominated as such, from no fault auto insurance that exceed 100% of pre disability earnings.<br>—— Workers compensation (temporary disability, partial disability, permanent disability and scheduled injury awards), occupation disease or similar benefits<br>—— Group disability benefits from other employers that exceed 100% of pre disability earnings.<br>—— Any lump sum payments, settlements or distributions from any of the above referenced programs or any other source to the extent that the lump sum payment or distribution is on account of the injury or illness causing or contributing to the disability covered by this plan and to the extent that such funds exceed 100% of projected pre-disability earnings over the remainder of the pilot's career. |

12/11/02

| | |
|---|---|
| | |
| ■   Termination of benefits | — Failure to comply with the terms and responsibilities of the plan<br>— The date the claimant is no longer qualified by the FAA to serve as a pilot for US Airways for any reason other than Disability (currently age 60).<br>— Definition of disability is not met<br>— Exceeded maximum duration of benefits<br>— Recipient dies |
| | Maintain Retirement Board |

12/11/02



# U·S AIRWAYS

**David N. Siegel**
President and Chief Executive Officer

December 13, 2002

Captain Chris Beebe
MEC Chairman
Air Line Pilots Association
One Thorn Run Center
Coraopolis, PA 15108

## RE:   002 Supplementary Cost Reductions and Pension Plan Changes

Dear Captain Beebe:

As you know, some uncertainty exists regarding the status of the Company's request for long term funding relief under a restoration or waiver funding program for the US Airways Pilots Pension Plan (the "Plan").

If the PBGC and IRS reject the Company's request for long term funding relief and this results in the termination of the Plan, the freezing of the plan or significant modification in Plan benefits from those negotiated in the 2002 Supplementary Cost Reduction Agreement ("Agency Action"), the parties agree to meet and confer for the purpose of negotiating alternate pilot retirement benefits.

If the Plan is terminated, the alternate pilot retirement plan shall provide benefits, from and after the effective date of the termination (the "Effective Date"), that resemble, in the aggregate, the benefits pilots would have earned from and after the Effective Date under the existing Plan (reflecting all recent amendments in the 2002 Supplementary Cost Reduction Agreement) absent the termination (and taking into account the effect of termination on existing benefits); provided, however, that (i) the alternate pilot retirement benefits plan shall be designed in such a way that it is not objectionable to PBGC or IRS or contrary to their rules, (ii) the alternate pilot retirement benefit plan may take the form of a defined contribution plan, and (iii) while the Company's cash cost in providing the alternate pilot retirement benefit plan described above (together with any cash cost the Company must bear with respect to the terminated Plan) may be less than the Company's cash cost under the proposed restoration funding program for the Plan (taking into account variations in interest rates), its cash cost may in no event exceed such restoration funding cash cost in any year.

The parties further agree that agreement to the terms of this letter in no way diminishes their commitment to vigorously seek a restoration funding program.

2345 Crystal Drive  Arlington, VA 22227  (703) 872-7304  Fax (703) 072-7093

Captain Chris Beebe
Page 2
December 13, 2002

     Finally, the terms of this letter shall remain confidential until such time as Agency Action, as defined above, occurs.

Sincerely,

David N. Siegel

Agreed and accepted
Chris Beebe
MEC Chairman